UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cameco Corporation,

Plaintiff,

v.

Northern States Power Company,
n/k/a Xcel Energy,

Defendant.

---

Case No. 00-783 (PAM/JGL)

**STIPULATION TO EXTEND DEADLINES IN PRETRIAL SCHEDULE** and ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective undersigned legal counsel, that the deadlines set forth in the Court's Pretrial Schedule dated September 12, 2000, may be extended as follows:

| Item | Deadline |
|---|---|
| Completion of Discovery | June 1, 2001 |
| Non-Dispositive Motions | June 1, 2001 |
| Dispositive Motions | July 1, 2001 |
| Trial Ready Status | August 1, 2001 |

Dated: Dec. 5, 2000

LINDQUIST & VENNUM P.L.L.P.

By: [signature]
Jonathan C. Miesen
Atty. Reg. No. 19752X

4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
(612) 371-3211

Attorneys for Plaintiff

DEC 07 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/4/00, 2000

NORTHERN STATES POWER COMPANY
n/k/a XCEL ENERGY

By: [signature]

Bruce A. Colt
Atty. Reg. No. 243899
James L. Altman
Atty. Reg. No. 138678
800 Nicollet Mall
29th Floor
Minneapolis, MN 55402
(612) 215-4587

Attorneys for Defendant

**ORDER**

The Court's Pretrial Schedule dated September 12, 2000, is hereby amended to conform with the foregoing Stipulation.

Dated: December 7, 2000

[signature]
Paul A. Magnuson
United States District Court Judge

1290475/v1