**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Cameco Corp.

Plaintiff,

Civil 00-783 PAM/JGL

v.

**ORDER OF DISMISSAL**

NSP Company,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May 10, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED MAY 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK