UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Cameco Corporation,

Plaintiff,

v.

Northern States Power Company, n/k/a Xcel Energy,

Defendant.

---

Case No. 00-783 (PAM/JGL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their undersigned legal counsel, that all of the claims and counterclaims that were asserted or that could have been asserted in this case may be and hereby are dismissed with prejudice, but without costs being awarded to any party.

Dated: May 3, 2001

LINDQUIST & VENNUM P.L.L.P.

By: [signature]
Jonathan C. Miesen
Atty. Reg. No. 19752X

4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
(612) 371-3211

Attorneys for Plaintiff

FILED MAY 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 4 May 3, 2001

NORTHERN STATES POWER COMPANY
n/k/a XCEL ENERGY

By: [signature]

Bruce A. Colt
Atty. Reg. No. 243899
James L. Altman
Atty. Reg. No. 138678
800 Nicollet Mall
29th Floor
Minneapolis, MN 55402
(612) 215-4587

Attorneys for Defendant

**ORDER**

Pursuant to the foregoing Stipulation,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, but without costs being awarded to any party.

Dated: May 8, 2001

[signature]
Paul A. Magnuson
United States District Court Judge

1392567/v1